UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ROBERT VANDERPLOEG,** | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Civil Action No. 4:20-CV-03721 |
| | § | |
| **TRIANGULAR REALTY IV, LLC,** | § | |
| *Defendant* | § | |

## NOTICE OF SETTLEMENT

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to file the said Agreement. Accordingly, Defendant respectfully requests that the Court vacate all deadlines in this matter.

Defendant is filing this Notice and Motion with Plaintiff's approval and permission.

DATED: April 6, 2021.

                                         Respectfully submitted,

                                         MURRAY | LOBB, PLLC

                                         By: */s/ Kyle Dickson*
                                             Kyle L. Dickson
                                             Attorney-in-Charge
                                             State Bar No. 05841310
                                             Southern District Bar No. 13441
                                             700 Gemini, Suite 115
                                             Houston, Texas 77058
                                             Ph:    (281) 488-0630
                                             Fax:   (281) 488-2039
                                             Email: *kdickson@murray-lobb.com*

ATTORNEYS FOR DEFENDANT
TRIANGULAR REALTY IV, LLC

AND

THE SCHAPIRO LAW GROUP, P.L

By: */s/ Douglas S. Schapiro*
    Douglas S. Schapiro, Esq.    *✱by permission*
    Attorney-in-Charge
    Southern District of Texas ID No. 3182479
    7301-A W. Palmetto Park Road, #100A
    Boca Raton, FL 33433
    Ph:    (561) 807-7388
    Email: *schapiro@schapirolawgroup.com*

ATTORNEYS FOR PLAINTIFF
ROBERT VANDERPLOEG

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2021, I electronically filed and served the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide a notice of electronic filing to all counsel of record.

    */s/ Kyle Dickson*
    Kyle L. Dickson

Douglas S. Schapiro, Esq.
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
*schapiro@schapirolawgroup.com*

2